[No. 5976.]

## ETHAN MILLER *v.* A. J. CURRY, LUDWIG ALL- SHIEL, AND THE PEARSON & CURTIS TOBACCO COMPANY.

MISJOINDER OF PARTIES DEFENDANT. — Where the plaintiff's cause of action consists of several items, parties who are separately and not jointly affected by the different items cannot be joined as defendants.

APPEAL from the District Court of the Fourteenth Judicial District, San Bernardino County.

The action was brought to enjoin a sale of real property lev- ied upon and advertised for sale under two executions from a Justice's Court—one issued under a judgment in favor of de- fendant Allshiel, and the other in favor of defendant Tobacco Company—the defendant Curry being the Sheriff. The defend- ants filed special demurrers, that they were not jointly affected by the two judgments. The demurrers were overruled and judgment was rendered for the plaintiff. The defendants ap- pealed.

*J. D. Boyer*, for Appellants, cited Code of Civil Procedure, sec. 427; *Andrews* v. *Pratt*, 44 Cal. 319.

*A. B. Paris*, for Respondents.

By the COURT:

Judgment reversed and cause remanded, with directions to sustain the demurrer to the complaint for the misjoinder of parties defendant. Remittitur forthwith.